# Exhibit 4

Forward Counterpart
5. Buy/Sell Equity Forward Derivative - 73% of Div
Forward Counterpart
6. Buy Equity Forward Derivative - 73% of Div
4. Sell Equity Forward Derivative - 73% of Div
Equity Broker
2. Buy/Sell Equity Stock
Equity Broker
3. Sell Equity Stock
1. Buy Equity Stock
BVI/Caymans Trading Co's.
Dividend Debit Advice - 100%
Solo Capital
Dividend Credit Advice - 100%
USPF/ Malaysian Trading Co.
9. Equity Stock Borrow - 100% of Div
7. Equity Stock Loan - 100% of Div
Required Documentation
Reclaimed Tax Div
Stock Loan Intermediary
8. Equity Stock Borrow / Loan - 100% of Div
Stock Loan Intermediary
Tax Agents Acupay / Goal / Syntax
Required Documentation
Reclaimed Tax Div
SKAT
Key
Trade Flow
Trade Instructions
Cash Flow