# Exhibit 11



# Elysium Global Group Structure Chart

22 February 2015

Directors
AR: Ashley Richardon
ASM: Anne Stratford-Martin
CM: Camilo Manzanera
GJN: Greg Nixon
DL: Demetrios Lyristis
JF: John Foley
KR: Kasyap Vijender Rao
MW: Martin Ward
PP: Pernille Padersen
RL: Robyn Llewellyn
SS: Sanjay Shah
ST: Simon Tweedle
TM: Tim Murphy
US: Usha Shah
MM: Michael Murphy
AJ: Anthony Jarmyn
PB: Peter Best
WB: Will Best
S.S.
100%
Elysium Global Limited (Company No. 1811055) Elysium Global Group Holding Company BVI Director: SS
100%
Trading Group
Media/IT & Leisure Group
Fentex Universal Limited (Company No. 1885695) Trading Vehicle (Ex-Ganymede Activity) BVI Director: SS
TSR Trading Limited (Company No. 1885694) Trading Vehicle (Ex-Ganymede Activity) BVI Director: SS
Altair Holdings Limited (Company No. 279453) Holding Company CAYMAN ISLANDS PENDING TRANSFER TO BVI Director: SS
Elysium Global Trading Limited (Company No. 1876177) (FKA Elysium Trading One Limited) Trading Vehicle BVI Director: SS
Elysium Global (Dubai) Limited (Licence No. CL1136) (FKA Solo Capital (Dubai) Limited) Management Office DIFC Director: SS, US KR as Company Secretary
Araya Holdings Limited (Company No. 1865105) (Holds various assets/liabilities of Elysium Global (Dubai) Limited BVI Director: SS
Barracuda EM Holdings Limited (Company No. 265197) Hospitality & Leisure Group Holding Company CAYMAN ISLANDS Director: SS
Typhon Hydra Holdings Limited (Company No. 1879012) IPR Holding Company (GSS Systems) BVI Director: SS
Theorem Technology Limited (Company No. 9278393) IP Software Development Services UK Director: SS
Aralla Holdings Limited (Company No. 1877259) Holding Company BVI Director: SS
Letren Trading Limited (Company No. 1885771) Trading Vehicle (Ex-Ganymede Activity) BVI Director: SS
Transnet Capital Limited (Company No. 1885763) Trading Vehicle (Ex-Ganymede Activity) BVI Director: SS
100%
Dionysus Limited (Company No. 279454) Holding Company CAYMAN ISLANDS PENDING TRANSFER TO BVI Director: SS
100%
Altair Capital Limited (Company No. 279366) Trading Vehicle CAYMAN ISLANDS PENDING TRANSFER TO BVI Director: SS
Ariston Canada Limited (Company No. 671832) Trading Vehicle CANADA Director: KR
100%
Elysium Global (UK) Limited (Company No. 8996194) (FKA Solo Capital (Dubai) Limited) Proprietary Trading UNITED KINGDOM Director: AR
Kora Trading Limited (Company No. 292829) Trading Vehicle CAYMAN ISLANDS Director: SS
100%
Aralla Capital Limited (Company No. 09644863) Bridge Financing United Kingdom Director: SS
[TBC]%
IPIS (Battersea London 1) Limited (Company No. 59172) Real Estate Holding Company (58-70 York Road, Battersea, London) Guernsey Directors: TM, Barracuda EM Holdings Limiited
100%
Syntax GIS Limited (Company No. 8956766) Financial Services UK Director: CM
25.94%
Audiosplitter (Company No. 7956088) Provider of Electronic Music App. UK Directors: JA, WB, AG
70%
Koji DMCC (Company No. [Under Formation]) Owner of "Cocktail Kitchen" Bar DMCC Company, Dubai Directors: [Under Formation]
25%
Max Holdings II ApS (Company No. 36949988) Owner of ICO Concert Group Denmark Directors: PP, AR
SS Direct Holdings A
S.S.
Ceylon International Group Holdings Limited (Company No. 1887740) Holding Company (for proposed Reorganized Solo Group) BVI Director: SS
Aesa Sarl (Reg. No. B170000) Holding Company LUXEMBOURG Class A Manager: SS
TBC%
Varengold Holding GmbH (Reg. No. B170000) Holding Company HAMBURG, GERMANY Director: TBC
TBC%
Varengold Bank AG HAMBURG, UK & UAE Director: Dr. Bernhard Fuhrmann and Frank Otten
100%
Callisto Lycaon Capital Limited (Company No. 9813243) Holding Company U.K. Director: SS
Callisto Lycaon Holdings Limited (Company No. 1888385) Holding Company BVI Director: SS
WP Capital Holdings Limited (Company No. 1888377) Holding Company BVI Director: SS
100%
Solo Group (Holdings) Limited (Reg. No. 09101873) Holding Company UK Directors: AJ, MM and ST
100%
Telesto Capital Limited (Company No. 9813234) Holding Company U.K. Director: SS
Telesto Holdings Limited (Company No. 1888390) Holding Company BVI Director: SS
Novus Ultimate Holdings Limited (Company No. 1888367) Holding Company BVI Director: SS
Callisto Asset Management LLP (Reg. No. OC375120) Members: Solo Group (Holdings) Limited
West Point Derivatives Ltd (Company No. 04990389) Director: None
Solo Capital Partners LLP (Company No. OC367979) Member: Solo Group (Holdings) Limited
100%
SCP Capital Limited (Company No. 9813309) Holding Company BVI Director: SS
SCP Capital Holdings Limited (Company No. 1888379) Holding Company BVI Director: SS
OPL Capital Holdings Limited (Company No. 1888363) Holding Company BVI Director: SS
Telesto Markets LLP (Reg. No. OC388442) Member: Solo Group (Holdings) Limited
Novus Capital Markets Limited (Company No. 05473481) Director: AJ, Mark Stafford
Old Park lane Capital Limited (Company No. 06440879) Director: None U.K.
Solo Group Services Limited (Company No. 09251303) Director: AJ, MM, ST
100%
Hooloomooloo Holdings Limited (Company No. 1647571) BVI [(Copella Fund Holding Vehicle)] Director: SS
Cielo Global Limited (Company No. 1841155) BVI [(VEM Bank Acquisition Vehicle)] Director: SS
IT Services Holding Limited (Company No. 1887361) Holding Company BVI Director: SS
FGC Elysium Holdings Limited (Company No. 1647571) Holding Company BVI Director: SS
34%
Saymo Invest Limited (Company No. 1863752) Film Investments BVI Director: SS, Yasin, Mo
Autism Rocks (Company No. 9013164) Registered Charity UK Director: SS, WB, PB
Innercircle IT Services Limited (Company No. 9752334) IT Services UK Director: SS
FGC Elysium Inc. (Company No. [TBC]) Holding Company DELAWARE COMPANY Director: SS
FGC Securities LLC (Company No. [TBC]) US Brokerage DELAWARE COMPANY Directors: JF, DL
UNKNOWN
HYR6 (Company No. UNKNOWN) (ACTIVITIES: UNKNOWN) BELIZE Director: UNKNOWN
Sempra Universal Limited (Company No. 1885504) [SHELL COMPANY- UNALLOCATED] BVI Director: SS
Mastic Trading Limited (Company No. 885502) [SHELL COMPANY-UNALLOCATED] BVI Director: SS
Real Estate Group
Mau Po B Limited (Company No. 1459446) Property Holding Company (51 Mau Po, Clear Water Bay, Sai Kong, Hong Kong) Hong Kong Director: SS
Mala Holdings One Limited (Company No. 1874036) Holding Company for Covent Garden Unit 4 BVI Director: SS
Elysium Property Holdings Limited (Company No. 1876961) Elysium Group Property Holding Company BVI Director: SS
Elysium Properties Limited (Company No. 1873) Special Purpose Company (Limestone House Properties, DIFC) DIFC Directors: SS, GJN & 3 x Corporate Services Directors
Solten Holdings One Limited (Company No. 1874037) Property Holding Company (Covent Garden, Unit 3) BVI Director: SS
Trixor Holdings One Limited (Company No. 1871795) Property Holding Company (Honey Jersey Limited (18 Hanover Terrace) & 25 Chester Terrace) BVI Director: SS
100%
Clay Street Limited (Company No. [TBC]) Real Estate Holding Vehicle (1-4 Clay Street, London) BVI Director: SS
Seventeen Dorset Limited (Company No. 1884895) Real Estate Holding Vehicle (17 Dorset [Avenue], London) BVI Director: SS
Bycor Capital Limited (Company No. 1877533) Real Estate Holding Vehicle (72 Hilton Wharf, London) BVI Director: SS
Rolten Capital Limited (Company No. 1883078) Real Estate Holding Vehicle (73 Hilton's Wharf, London) BVI Director: SS
98 SHH Limited (Company No. 1885583) Real Estate Holding Vehicle (98 Siu Hang Hau, Clearwater, Hong Kong) BVI Director: SS
100%
Honey Jersey Limited (Company No. 07982301) Property Holding Company (18 Hanover Terrace) United Kingdom Directors: SS
2 Clay St Limited (Company No. 1893168) Director: SS
3 Clay St Limited (Company No. 1893203) Director: SS
4 Clay St Limited (Company No. 1893177) Director: SS
Brinker Trading Limited (Company No. 1885500) Real Estate Holding Vehicle [SHELF COMPANY – YET TO BE ALLOCATED] BVI Director: SS
Bostrent Trading Limited (Company No. 1885505) Real Estate Holding Vehicle [SHELF COMPANY – YET TO BE ALLOCATED] BVI Director: SS
Exumtrent Trading Limited (Company No. 1885501) Real Estate Holding Vehicle [SHELF COMPANY – YET TO BE ALLOCATED] BVI Director: SS
FGC Holdings Limited (Company Number
SS Holdings B
S.S. Ownership (via Elysium Global Limited) 100%
Acai Investments Limited (Company No. 1881673) Holding Company [Ex-Gaymede Activity] BVI Director: SS
Philo Holdings Limited (Company No. 1881972) Holding Company [Ex-Gaymede Activity] BVI Director: SS
Fire Capital One Limited (Company No. 1876176) Holding Company [Ex-Gaymede Activity] BVI Director: SS
Parla Global Investments Limited (Company No. 1882092) Holding Company [Ex-Gaymede Activity] BVI Director: SS
Shallow River Limited (Company No. 1882623) Real Estate Holding Company [Proposed use: Aborted Chagford Street Acquisition] BVI Director: SS and KR
Expansa Capital Limited (Company No. 1882093) [SHELL COMPANY – AVAILABLE] BVI Director: SS
Gray Fall Limited (Company No. 1882093) [SHELL COMPANY – AVAILABLE] BVI Director: SS
Boa Global Limited (Company No. 1882042) [SHELL COMPANY – AVAILABLE] BVI Director: SS
Columbia Capital Limited (Company No. 1882090) [SHELL COMPANY – AVAILABLE] BVI Director: SS
Novaco Capital Limited (Company No. 1881973) [SHELL COMPANY – AVAILABLE] BVI Director: SS
Halana Capital Limited (Company No. 1882623) [SHELL COMPANY – AVAILABLE] BVI Director: SS
Ganymede Cayman Ltd (Company No. 242030) Trading Vehicle CAYMAN ISLANDS PENDING DISSOLUTION Director: SS
[TBC]
Aduro Investments LP (Limited Partnership) Trading Vehicle CAYMAN ISLANDS PENDING DISSOLUTION Corporate Partner: Ganymede/Limited Partner Valerius
Genoa Services London Limited (Company No. 9335527) Client Services PENDING DISSOLUTION UK Director: MW
Callisto Cayman Management (Company No. GC-287101) Investment Management CAYMAN ISLANDS PENDING DISSOLUTION Director: SS
Branch
Orphan/Shelf/Dormant/Under Dissolution
WENTREST HOLDINGS LIMITED (Company No. 1889564) [AVAILABLE] BVI Director: SS
BOSTRENT HOLDINGS LIMITED (Company No. 1889564) [AVAILABLE] BVI Director: SS
Glaceau Universal Limited (Company No. 1885503) [SHELL COMPANY – UNALLOCATED] BVI Director: SS
IP Universal Limited (Company No. 1846122) [SHELL COMPANY – UNALLOCATED] BVI Director: SS
Solo Capital Limited (Company No. 06790656) Dormant Vehicle UK Director: SS
Athena Equity Trading Sarl (Company No. B164265) Dormant Vehicle Luxembourg Director: None appointed
Pandia Equity Trading Sarl (Company No. B164250) Dormant Vehicle Luxembourg Managers: None appointed
Pallas Equity Trading Sarl (Company No. B164251) Dormant Vehicle Luxembourg Managers: None appointed
Hydra Capital Limited (Company No. 9398957) IPR Holding Company (GSS Systems) PENDING DISSOLUTION UK Director: SS
Callisto Cayman Management (RECOGNIZED FOREIGN ENTITY) (DIFC NO. 1635) Branch-Type Entity: Provides intragroup corporate services PENDING DISOLUTION DIFC Director: SS

ELYSIUM-05295222