# Exhibit 12-B



A2

## First Alton Inc.
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

### INVOICE

Date:             7-23-2015

Invoice Number:   07231501

Due Date:         08/15/15

FROM:   First Alton Inc.              TO:   Acai Investments Limited
        450 Alton Rd #1603                   Craigmuir Chambers
        Miami Beach, FL 33139 USA            Road Town, Tortola
                                             VG 1110, British Virgin Islands

**TAX NOT APPLICABLE**

| Description     | Total            |
|-----------------|------------------|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Wells Fargo
Account: ████0267
SWIFT Code: WFBIUS6S
Bank Address: Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

*R. L.* (signature)

Roger Lehman
Director, First Alton Inc.